# CHRISTINA ANDREA HALL, ESQ.
## Attorney at Law
### 330 Crossbay Boulevard
### Broad Channel, New York 11693
### Tel. (718) 634-1726
### Fax.(718) 634-8967

August 30, 2010
**VIA ECF**
Honorable Cheryl J. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: **JOSE COLON V. CITY OF NEW YORK, et al. 09 CV 08 (JBW) (CLP)**
    **MAXIMO COLON V. CITY OF NEW YORK, et al. 09 CV 09 (JBW) (CLP)**

Dear Magistrate Pollak:

All parties have agreed to a final settlement conference which has been set for 12 noon, on September 7, 2010 before your Honor with all parties present, at the United States Courthouse, 225 Cadman Plaza, Brooklyn, NY 11201, Room 1230.

Thank you.

Respectfully yours,

_____/s/
Christina Andrea Hall, Esq. (CH2367)
Attorney for Maximo Colon

SO ORDERED.

_Cheryl Pollak_
Magistrate Judge
8/31/10

_____/s/
Rochelle S. Berliner, Esq. (RB7463)
Attorney for Jose Colon