ROCHELLE S. BERLINER
_____
Attorney at Law

118-21 Queens Boulevard
Suite 504
Forest Hills, NY  11375          September 21, 2010
(718)-261-3000
(718) 793-0385
berlineresq@aol.com


**VIA E.C.F.**
Honorable Cheryl J. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re: <u>Jose Colon v. City of New York, et al.</u>, 09 CV 0008 (JBW)(CLP)
           <u>Maximo Colon v. City of New York, et al.</u>, 09 CV 0009 (JBW)(CLP)

Your Honor:

    We represent Plaintiffs Jose Colon and Maximo Colon in these matters.  We respectfully write this letter requesting a change of date for the Inquest Hearing relating to the motions for default judgment against defendants Anderson and Tavarez.  The Court scheduled this hearing for October 26, 2010, at 10:00 a.m.  Each of us has prior court commitments on that date, in the morning and in the afternoon.  We therefore, are requesting that the Inquest Hearing be re-scheduled for October 27, 2010, at any time convenient to the Court.

    Plaintiffs thank Your Honor for your consideration of these matters.

                                                                       Respectfully submitted,

                                                                       _____/s/_____
                                                                       Rochelle S. Berliner, Esq. (RB 7463)
                                                                       Attorney for Plaintiff Jose Colon

                                                                       _____/s/_____
                                                                       Christina A. Hall, Esq. (CH 2367)
                                                                       Attorney for Plaintiff Maximo Colon


cc:     United States District Judge, Jack B. Weinstein