**STEVEN R. KARTAGENER**
ATTORNEY AT LAW

225 BROADWAY
SUITE 2700
NEW YORK, NEW YORK 10007

TELEPHONE (212) 732-9600
FAX (212) 732-6966

September 28, 2010

**BY MAIL AND BY ECF**
Honorable Jack B. Weinstein
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                                            RE: <u>Jose Colon v. City of New York</u>, et al.,
                                                 09-cv-0008 (JBW) (CLP),
                                               <u>Maximo Colon v. City of New York</u>, et al.,
                                               09-cv-0009 (JBW) (CLP),
                                               (Defendant Alan Figueroa)

Dear Judge Weinstein:

      I represent defendant Alan Figueroa in the above-entitled matter. As indicated in our letter to the Court, dated September 3, 2010, the plaintiffs, Jose Colon and Maximo Colon, reached a settlement agreement with defendant Figueroa. I also indicated in this letter that I would send a proposed Order of Settlement and Dismissal to the Court once it had been signed by the parties.

      On September 13, 2010, the Court issued a handwritten order closing the case subject to reopening if the settlement was not executed. I understand that our proposed order may not be necessary in light of the Court's order. Nevertheless, I have enclosed our formal proposed order, signed by the parties, for the Court's approval. Thank you for your consideration in this matter.

                                                        Respectfully submitted,

                                                        Steven R. Kartagener (SK2447)

cc:    <u>BY ECF</u>
        Hon. Cheryl L. Pollak, U.S.M.J.
        Christina A. Hall, Esq.
        Rochelle S. Berliner, Esq.
        Karl J. Ashanti, Esq.
        Meghan Ann Cavalieri, Esq.
        Mary Theresa O'Flynn, Esq.