UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JOSE COLON,

                        Plaintiff,

                -against-

THE CITY OF NEW YORK and
POLICE OFFICERS HENRY TAVAREZ,
STEVEN ANDERSON and ALAN FIGUEROA
and DETECTIVE MIGUEL CARVAJAL
and POLICE OFFICERS JOHN and JAN DOE #1-10,
individually and in their official capacities (the names
John and Jane Doe being fictitious, as the true
names are presently unknown),

                      Defendants.

**STIPULATION OF SETTLEMENT**

09 CV 0008 (JBW)(CLP)

------------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties herein, that this action is settled.

Therefore, it is ordered by the Court that this action is discontinued without costs and without prejudice to the right to reopen the action if settlement is not consummated.

Dated: New York, NY
         September 10, 2010

_____
By: Rochelle S. Berliner, Esq. (RB 7463)
*Attorney for Plaintiff Jose Colon*

_____
By: Steven R. Kartagener, Esq. (SK 2447)
*Attorney for Defendant Alan Figueroa*

SO ORDERED:
_____
U.S. DISTRICT JUDGE