FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 14 2012 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSE COLON,

                    Plaintiff,

-against-

THE CITY OF NEW YORK and
POLICE OFFICERS HENRY TAVAREZ,
STEVEN ANDERSON and ALAN FIGUEROA
and DETECTIVE MIGUEL CARVAJAL
and POLICE OFFICERS JOHN and JANE DOE
#1-10, individually and in their official capacities (the
names John and Jane Doe being fictitious, as the true
names are presently unknown),

                    Defendants.
-----------------------------------------------------------X

JUDGMENT
09-CV- 0008 (JBW)

MAXIMO COLON,

                    Plaintiff,

-against-

THE CITY OF NEW YORK and
POLICE OFFICERS HENRY TAVAREZ,
STEVEN ANDERSON and ALAN FIGUEROA
and DETECTIVE MIGUEL CARVAJAL
and POLICE OFFICERS JOHN and JANE DOE
#1-10, individually and in their official capacities (the
names John and Jane Doe being fictitious, as the true
names are presently unknown),

                    Defendants.
-----------------------------------------------------------X

09-CV- 0009 (JBW)

        An Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on March 2, 2012, adopting the Report and Recommendation of Magistrate Judge Cheryl L. Pollak, dated February 9, 2012; and directing the Clerk of Court to enter judgment finding Defendants Henry Tavarez and Steven Anderson jointly and severally liable to Plaintiffs

Jose Colon and Maximo Colon as follows, (1) awarding Plaintiff Jose Colon $213,393.95, representing $131,708.95 in lost wages, $50,000.00 in emotional distress damages, $31,185.00 in attorney's fees, and $500.00 in costs; and (2) awarding Plaintiff Maximo Colon $218,943.95, representing $131,708.95 in lost wages, $65,000.00 in emotional distress damages, $21,735.00 in attorney's fees, and $500.00 in costs, with post-judgment interest at the statutory rate; it is

ORDERED, ADJUDGED AND DECREED that judgment is hereby entered in favor of Plaintiff Jose Colon and against Defendants Henry Tavarez and Steven Anderson, jointly and severally, in the total amount of $213,393.95, with post-judgment interest at the statutory rate; and that it is further,

ORDERED, ADJUDGED AND DECREED that judgment is hereby entered in favor of Plaintiff Maximo Colon and against Defendants Henry Tavarez and Steven Anderson, jointly and severally, in the total amount of $218,943.95, with post-judgment interest at the statutory rate.

Dated: Brooklyn, New York
March 5, 2012

s/Douglas Palmer
DOUGLAS C. PALMER
Clerk of Court